UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA A. GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>CLAUDIO G. ALPEROVICH, et al.,<br><br>    Defendants. | CASE NO. C12-1045-RSL<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's Second Motion for Appointment of Counsel (Dkt. 17) is RENOTED for January 11, 2013.

DATED this <u>6th</u> day of December, 2012.

WILLIAM M. MCCOOL, Clerk

By  s/ Gary W. Burnopp
        Deputy Clerk

MINUTE ORDER
PAGE -1