1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA A. GRANT,<br><br>  Plaintiffs,<br><br>  v.<br><br>CLAUDIO GABRIEL ALPEROVICH, MD, ST. FRANCIS HOSPITAL – FRANCISCAN HEALTH SYSTEM, VALLEY MEDICAL CENTER, TRIENT M. NGUYEN, DO, MICHAEL K. HORI, PACIFIC MEDICAL CENTER, INC., LISA OSWALD, SHOBA KRISHNAMURTHY, MICHELE PULLING, WM. RICHARD LUDWIG, U.S. FAMILY HEALTH PLAN @PACIFIC MEDICAL CENTER, INC., VIRGINIA MASON HEALTH SYSTEM, RICHARD C. THIRLBY,<br><br>  Defendants. | NO. C12-1045RSL<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES REGARDING DATES FOR INITIAL DISCLOSURE AND JOINT STATUS REPORT AND DISCOVERY PLAN |

This matter came on before the Court on the parties' Joint Motion for Extension of Deadlines Regarding Dates for Initial Disclosure and Joint Status Report and Discovery Plan. Dkt. # 88.  The Court has considered the papers filed in support thereof and ORDERS as follows:

ORDER GRANTING JOINT MOTION FOR EXTENSION OF
DEADLINES REGARDING DATES FOR INITIAL DISCLOSURE
AND JOINT STATUS REPORT AND DISCOVERY PLAN - 1

1 The Joint Motion for Extension of Deadlines Regarding Dates for Initial Disclosure and
2 Joint Status Report and Discovery Plan is GRANTED.  The dates in the Order Regarding
3 Initial Disclosures, Joint Status Report, and Early Settlement are hereby continued to:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | October 28, 2013 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | November 4, 2013 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | November 11, 2013 |

Dated this 23rd day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

ORDER GRANTING JOINT MOTION FOR EXTENSION OF
DEADLINES REGARDING DATES FOR INITIAL DISCLOSURE
AND JOINT STATUS REPORT AND DISCOVERY PLAN - 2