UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICIA A. GRANT,

    Plaintiff,

v.

CLAUDIO GABRIEL ALPEROVICH, et al.,

    Defendants.

Case No. C12-1045RSL

ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

This matter comes before the Court on "Plaintiff's Request Time Extension to File FRCP 60 & LCR 7(H) Motions on Defendant Michael K. Hori's Partial Summary Judgment & Defendant's (sic) Pacific Medical Center's Summary Judgment Dismissals" (Dkt. # 152). Plaintiff seeks a 20-day continuance of the deadline for filing a motion for reconsideration of the Court's Order granting in part Defendant Hori's Motion for Summary Judgment (Dkt. # 149) and the Court's Order granting Defendant Pacific Medical Centers' motion for summary judgment (Dkt. # 150). Having considered the parties' memoranda, and the remainder of the record, the Court finds as follows:

(1) Plaintiff has established good cause for extending the deadline to file a motion for reconsideration. Plaintiff may file a motion for reconsideration pursuant to Local Civil Rule 7(h) on or before Friday, January 17, 2014.

(2) With respect to Plaintiff's request for an extension of time to file a motion pursuant to Rule 60 of the Federal Rules of Civil Procedure ("Rules"), the Court finds

ORDER GRANTING IN PART MOTION
FOR EXTENSION OF TIME - 1

Rule 60 inapplicable to the Court's Order granting in part Dr. Hori's motion for summary judgment as it is not a final judgment and it does not adjudicate all of Plaintiff's claims. See Fed. R. Civ. P. 60(b). To the extent that Plaintiff seeks additional time to file a motion pursuant to Rule 60 related to the Court's Order granting Pacific Medical Centers' motion for summary judgment, the Court DENIES Plaintiff's request because Plaintiff may file that motion within a year after the date of the order. Fed. R. Civ. P. 60(c)(1).

For all of the foregoing reasons, the Court GRANTS IN PART Plaintiff's motion for additional time. Plaintiff may file a motion for reconsideration no later than January 17, 2014.

DATED this 3rd day of January, 2014.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART MOTION
FOR EXTENSION OF TIME - 2